UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN ELIZABETH WAUGH,<br><br>                     Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                     Defendant. | No. 1:26-cv-00086-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 10) |

Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from March 28, 2026, to May 4, 2026.  (Doc. 10).

For good cause shown, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **May 4, 2026**.  The time for filing a response and any optional reply brief remains as set by the scheduling order.  *See* (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **March 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE